1  **KRONENBERGER ROSENFELD, LLP**
2  Karl S. Kronenberger (CA Bar No. 226112)
   karl@KRInternetLaw.com
3  Jeffrey M. Rosenfeld (CA Bar No. 222187)
4  jeff@KRInternetLaw.com
   Tomasz R. Barczyk (CA Bar No. 312620)
5  tomasz@KRInternetLaw.com
6  150 Post Street, Suite 520
   San Francisco, CA 94108
7  Telephone: (415) 955-1155
8  Facsimile: (415) 955-1158

9  Attorneys for Defendant and Counterclaimant
10 Pure Moving Systems

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PURE MOVING & STORAGE, INC.**, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>**PURE MOVING SYSTEMS**, a business organization, form unknown; and DOES 1 through 10, inclusive,<br><br>Defendant.<br><br>And all related claims. | Case No. 2:18-cv-01527-CBM-MRW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED between Plaintiff and Counter-Defendant Pure Moving & Storage, Inc. and Defendant and Counterclaimant Pure Moving Systems, that this action is hereby dismissed with prejudice in its entirety pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii). Each party shall bear its own costs, expenses, and attorney's fees related to this action.

**IT IS SO STIPULATED.**

DATED: September 10, 2018          **LAW OFFICES OF CHARLES G. SMITH, APC**

By:   s/ Charles G. Smith
          Charles G. Smith

Attorneys for Plaintiff and Counter-Defendant
Pure Moving & Storage, Inc.

DATED: September 10, 2018          **KRONENBERGER ROSENFELD, LLP**

By:   s/ Jeffrey M. Rosenfeld
          Jeffrey M. Rosenfeld

Attorneys for Defendant and Counterclaimant
Pure Moving Systems

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer hereby attests that all other signatories listed in this filing, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

          s/ Jeffrey M. Rosenfeld
          Jeffrey M. Rosenfeld

Case No. 2:18-cv-01527-CBM-MRW          1          **STIP. OF DISMISSAL WITH PREJUDICE**